# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

LUCIANO RAMIREZ-SALAZAR                                                                  PETITIONER
Reg #08125-097

v.                                       No. 2:10CV00205 JLH/JTR

T.C. OUTLAW, Warden
FCI- Forrest City                                                                         RESPONDENT

## ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Complex in Forrest City, Arkansas ("FCC-Forrest City") has a pending Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket entry #2). On January 21, 2011, the Court converted Petitioner's *Bivens* Complaint to a § 2241 Petition, denied Petitioner's Motion to Proceed *In Forma Pauperis* (docket entry #1) and instructed him that, in order to proceed with this action, he must pay the $5.00 filing fee within 30 days of the Court's Order. (Docket entry #3).

The Court specifically advised Petitioner that, if he failed to timely comply, his habeas action may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). (Docket entries #3). As of the date of this Order, Petitioner has not paid the filing fee.

IT IS THEREFORE ORDERED THAT the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2241 (docket entry #2), is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 7th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE