## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LUCIANO RAMIREZ-SALAZAR                                                                     PETITIONER
Reg #08125-097

v.                                      No. 2:10CV00205 JLH/JTR

T.C. OUTLAW, Warden
FCI- Forrest City                                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 7th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE